# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

April 11, 2005

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

      RE:  **Robinson v. Golden Rule**
            C.A. No.: 04-1401GMS

Dear Judge Sleet:

      Consistent with the Court's instructions during the April 5, 2005 scheduling conference, the parties have agreed to a form of Scheduling Order. A copy of the proposed Order is attached for the Court's review and approval.

      I am available to address any questions regarding the enclosed form of Order.

                                    Respectfully,

                                    /s/ John S. Spadaro

                                    John S. Spadaro

JSS/slr
enclos.
cc:  Dr. Peter T. Dalleo (by hand delivery)
      Samuel J. Arena, Jr., Esq. (by electronic filing)

119350