**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID C. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 04-1401GMS |
| | ) | |
| v. | ) | |
| | ) | |
| GOLDEN RULE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff David C. Robinson and defendant Golden Rule Insurance Company hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action is dismissed with prejudice, with each party to bear its own costs.

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302)472-8100

Attorneys for plaintiff
David C. Robinson


STRADLEY RONAN STEVENS
& YOUNG LLP

/s/ Kevin W. Goldstein
Kevin W. Goldstein, No. 2967
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302)576-5850

Attorneys for defendant
Golden Rule Insurance Company


June 7, 2005

120582

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID C. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 04-1401GMS |
| | ) | |
| v. | ) | |
| | ) | |
| GOLDEN RULE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Kevin W. Goldstein
Stradley Ronon Stevens & Young LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiff
June 7, 2005                                David C. Robinson

120582